**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LARS ST. JOHN,** ) | |
| ) | **CASE NO. 1:10-cv-954** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MAGISTRATE JUDGE GREG WHITE** |
| ) | |
| **BOSLEY, INC., et al.,** ) | **JUDGMENT ENTRY** |
| ) | |
| **Defendants.** ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Defendants' Motion for Summary Judgment as to all defendants is granted (Doc. No. 63) and the case is dismissed with prejudice.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Date: September 8, 2011